IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD GLADYSIEWSKI, | ) | |
| Plaintiff | ) | 2:07cv1339 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| | ) | Magistrate Judge Amy Reynolds Hay |
| ALLEGHENY ENERGY, | ) | |
| Defendant | ) | |

## MEMORANDUM ORDER

AND NOW, this 2nd day of December, 2009, after the Plaintiff, Todd Gladysiewski, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendant, and after a Report and Recommendation was filed by the United States Magistrate Judge, upon consideration of the objections filed by plaintiff which are without merit and the response to those objections filed by defendant, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment (Document No. 26) is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

DAVID STEWART CERCONE
United States District Judge

cc: Honorable Amy Reynolds Hay
    Chief United States Magistrate Judge

    All Counsel of Record by electronic filing